# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AKOUSTIS TECHNOLOGIES, INC., et al., | Bankr. Case No. 24-12796 (LSS) |
| Debtors. | (Jointly Administered) |
| QORVO, Inc., Petitioner, v. Akoustis Technologies, Inc., *et al.* Debtors-Respondents. | C.A. No. 1:25-cv-00006 (GBW) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carly S. Everhardt, Esquire of K&L Gates LLP to serve as counsel to Debtors-Respondents in the above captioned case.

Dated: January 16, 2025
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

 */s/ Matthew R. Pierce*
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:   pierce@lrclaw.com

{1472.002-W0079377.}

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

 Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 16, 2025

          /s/ *Carly S. Everhardt*
          Carly S. Everhardt, Esquire
          **K&L GATES LLP**
          Southeast Financial Center, Suite 3900
          200 South Biscayne Boulevard
          Miami, Florida 33131
          Telephone: (305) 539-3300
          Email: carly.everhardt@klgates.com

## ORDER GRANTING MOTION

 IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: January ____, 2025

          _____
          The Honorable Gregory B. Williams
          United States District Judge