# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKOUSTIS TECHNOLOGIES, INC., et al.,<br><br>                               Debtors. | Chapter 11<br><br>Bankr. Case No. 24-12796 (LSS)<br><br>(Jointly Administered) |
| QORVO, Inc.,<br><br>                       Petitioner,<br><br>     v.<br><br>Akoustis Technologies, Inc., *et al.*<br><br>                   Debtors-Respondents. | C.A. No. 1:25-cv-00006 (GBW) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey T. Kucera, Esquire of K&L Gates LLP to serve as counsel to Debtors-Respondents in the above captioned case.

Dated: January 16, 2025  
          Wilmington, Delaware

**LANDIS RATH & COBB LLP**

 /s/ Matthew R. Pierce  
Matthew R. Pierce (No. 5946)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450  
Email:  pierce@lrclaw.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: January 16, 2025

/s/ *Jeffrey T. Kucera*
Jeffrey T. Kucera, Esquire
**K&L GATES LLP**
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 539-3300
Email: Jeffrey.Kucera@klgates.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: January _____, 2025

_____
The Honorable Gregory B. Williams
United States District Judge

{1472.002-W0079383.}

2